UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:06CV00171<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| MARTHA WARD<br>　　Plaintiff<br><br>vs.<br><br>PFIZER, INC., ET AL.<br>　　Defendants | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Comes now the Plaintiff, MARTHA WARD, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 20, 2009　　By: _____
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　Martha Ward

DATED: December 15, 2009　By: _____
　　　　　　　　　　　　　　　　　DLA PIPER LLP (US)
　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　Telephone: (212) 335-4500
　　　　　　　　　　　　　　　　　Facsimile: (212) 335-4501
　　　　　　　　　　　　　　　　　*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010　　　_____
　　　　　　　　　　　　　　　Hon. Charles R. Breyer
　　　　　　　　　　　　　　　United States District Court