UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:06CV00171<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| MARTHA WARD<br>    Plaintiff | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| PFIZER, INC., ET AL.<br>    Defendants | |

Comes now the Plaintiff, MARTHA WARD, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 20, 2009      By: _____
                                 Attorneys for Plaintiff,
                                 Martha Ward

DATED: December 15, 2009    By: _____
                                 DLA PIPER LLP (US)
                                 1251 Avenue of the Americas
                                 New York, NY 10020
                                 Telephone: (212) 335-4500
                                 Facsimile: (212) 335-4501
                                 *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010         _____
                             Hon. Charles R. Breyer
                             United States District Court